**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1348**

In re: WILLIE HERNANDEZ FLEMING,

Petitioner.

On Petition for Writ of Mandamus.  (1:14-cr-00400-RDB-1)

Submitted:  May 20, 2021                                      Decided:  May 28, 2021

Before MOTZ and AGEE, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Willie Hernandez Fleming, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Hernandez Fleming petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on several of his motions and seeking an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has denied Fleming's motions. *United States v. Fleming*, No. 1:14-cr-00400-RDB-1 (D. Md. Mar. 3, 2021). Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*